**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-6599**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM S. GRAVITT,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, District Judge. (CR-89-310-A, CA-96-1843-AM)

―――――――――

Submitted: November 6, 1997       Decided: November 19, 1997

―――――――――

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

William S. Gravitt, Appellant Pro Se. Quincy Leon Ollison, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997) and his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Gravitt</u>, Nos. CR-89-310-A; CA-96-1843-AM (E.D. Va. Mar. 12 & 28, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>